## HALL v. BANK OF COMMERCE OF OKMULGEE.

No. 11568—Opinion Filed Dec. 7, 1920.

(Syllabus by the Court.)

### Appeal and Error—Time for Appeal—Dismissal.

Where petition in error is not filed in this court until after the expiration of more than six months from the date of the judgment appealed from, this court has no jurisdiction over the subject-matter, and the appeal will be dismissed.

Error from District Court, Okmulgee County; Mark L. Bozarth, Judge.

Action between T. L. Hall and the Bank of Commerce of Okmulgee. From the judgment, the former brings error. Dismissed.

Grant Gillespie and Graham & Barnett, for plaintiff in error.

Roy A. Hockensmith, for defendant in error.

BAILEY, J. It appears from the record in the above-entitled cause that the judgment sought to be reviewed was rendered by the trial court November 6, 1919, and that motion for new trial was overruled January 3, 1920. This appeal was filed July 6, 1920, more than six months after rendition of judgment and said final order. Defendant in error has filed its motion to dismiss on this ground, to which motion plaintiff in error has filed no response.

It is essential, in order to have a judgment reviewed in this court, that the proceedings should be commenced here within six months from the date of the final order or the rendition of the judgment appealed from. Section 4452, Stat. 1893 (Sess. Laws 1910-11, ch. 18, p. 35) ; Ham et al. v. Veasey, decided Aug. 31, 1920, 79 Okla. 133, 191 Pac. 1094; Dickerson v. Moore, 76 Okla. 249, 185 Pac. 101; First State Bank of Warner v. Porter, 63 Okla. 79, 182 Pac. 672.

The motion is therefore sustained, and the appeal dismissed.

RAINEY, C. J., and KANE, PITCHFORD, JOHNSON, McNEILL, and HIGGINS, JJ., concur.